# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-1840
_____

DEWAYNE KEYSHON CALHOUN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Escambia County.
Jennie Kinsey, Judge.

April 24, 2024


PER CURIAM.

AFFIRMED. Appellant is warned that any future filings that this court determines to be frivolous may result in the imposition of sanctions, including a prohibition against any further pro se filings in this court and a referral to the appropriate institution for disciplinary procedures as provided in section 944.279, Florida Statutes (2023) (providing that "[a] prisoner who is found by a court to have brought a frivolous or malicious suit, action, claim, proceeding, or appeal" is subject to disciplinary procedures pursuant to the rules of the Department of Corrections).


OSTERHAUS, C.J., and BILBREY and NORDBY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Dewayne Keyshon Calhoun, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.